SAMUEL C. JOHNSON v. CHARLES ELMQUIST.[1]

November 2, 1900.

No. 12,470.

Petition by Samuel C. Johnson for the disbarment of Charles Elmquist.   Dismissed.

*Charles Butts*, for petitioner.

*Palmer & Beek*, for respondent.

PER CURIAM.

This matter coming on to be heard on the evidence reported to the court by the referee, and the court having duly examined and considered the same and being of the opinion that the respondent, Charles Elmquist, is not guilty of any of the accusations made against him in the petition, it is ordered that the proceedings for his disbarment be and they are hereby dismissed.

[1] Reported in 83 N. W. 1082.